*CHARLES C. BREUER ET AL. v. JOHN H. GIBSON ET AL.

PETITIONER FOR STREET IMPROVEMENT COMPLETED AS PETITIONED IS BARRED FROM OBJECTING TO ASSESSMENT.

An abutting property owner, having petitioned under Gen. Code 3835 for improvement of a certain street and that the improvement be made in a particular manner, cannot thereafter enjoin collection of the assessment on the ground that the improvement was made in an improper and negligent manner, where it was made in the way designated in the petition.

*Horstman & Horstman,* for plaintiff.

*Jesse Lowman,* for defendant.

## PER CURIAM.

This action was commenced to enjoin the collection of certain assessments levied upon the plaintiff's lots for a street improvement, on the ground that the street was improperly and negligently constructed. The amended answer contains the

---

*Affirmed, no op., *Breuer* v. *Cincinnati*, 77 O. S. 602.

averment that plaintiff petitioned the city through its proper boards to make said improvement in the manner in which it was afterwards made, and wherein they agreed to pay for the whole cost of such improvement except 2 per cent of the entire cost of the improvement and the cost of the intersections. This averment is nowhere controverted by reply, and hence the court did not err in refusing to hear testimony tending to prove that the street was negligently and improperly constructed.